# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 1:21-cv-00588-AKK-SGC |
| KAY IVY, *et al.*, | ) ) ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on May 5, 2021, recommending this federal habeas petition filed by Thomas Gaddis be dismissed for failing to assert any claims cognizable, or seek any relief available, in a federal habeas corpus action and/or for failing to exhaust state court remedies. Doc. 2 at 7.[1] Additionally, the magistrate judge recommended a certificate of appealability be denied. *Id.* at 7-8. While advised of his right to file specific written objections to the report and recommendation within fourteen (14) calendar days, *id.* at 8, Gaddis has not submitted objections, or any other response, within the prescribed time.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** her recommendations. In

---

[1] While docketed as arising under § 28 U.S.C. 2254, the petition does not specify whether it is brought pursuant to § 2254 or 28 U.S.C. § 2241. The report and recommendation explains why Gaddis is not entitled to relief under either statute.

accordance with the recommendations, the court finds Gaddis's federal habeas petition is due to be **DISMISSED**. Furthermore, because the petition does not present issues that are debatable among jurists of reason, a certificate of appealability is due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings.

A separate order will be entered.

**DONE** the 4th day of June, 2021.

                                        **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE